# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN FRANCIS ARPINO,
Petitioner,
vs.
THE HONORABLE BRIAN SANDOVAL,
Respondent.

No. 71771

**FILED**

JAN 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition seeks a writ of prohibition directing respondent to cease and desist all actions related to the appointment of the Honorable Lidia S. Stiglich to fill the seat on this court vacated when the Honorable Nancy M. Saitta retired.[1]  Having considered the petition and other documents submitted by petitioner, we conclude that a writ of prohibition is not warranted.  *See* NRS 34.320 ("[The writ of prohibition] arrests the proceedings of any tribunal, corporation, board or person exercising judicial functions, when such proceedings are without or in excess of the jurisdiction of such tribunal, corporation, board or person.").  We therefore

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

---

[1]Petitioner designated this matter as an "emergency" under NRAP 27(e), but he has not identified a specific date by which action is necessary, *see* NRAP 27(e)(2).

17-01301

cc: John Francis Arpino
    Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(O) 1947A